UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, CHARITY FUND, THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, AND THE DISTRICT COUNCIL FOR NEW YORK CITY AND VICINITY, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

Plaintiffs,

-against-

ONE TEN RESTORATION, INC.

Defendant.

11 CV 6099 (GBD)

**DEFAULT JUDGMENT**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 04 2012

This action having been commenced on August 31, 2011, and a copy of the Summons and Complaint having been served on Defendant, One Ten Restoration, Inc., on September 2, 2011, by delivering two true copies of the same to the Secretary of State of New York, pursuant to New York Business Corporations Law § 306(b), and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on September 26, 2011; it is

ORDERED, ADJUDGED, AND DECREED: That Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, plus interest of 5.25% per annum from the date of said award, January 26, 2011, through the date of entry of this judgment, totaling $96.33, and attorneys' fees and costs in the amount of $1,545.50, for a total of $3,991.83; and that Defendant is Ordered to permit and facilitate the Plaintiffs conducting the audit of its books and records for the period of September 22, 2009 through

January 26, 2011 to determine whether it is in compliance with its obligations to contribute to the Plaintiffs.

APR 04 2012

_____
Hon. George B. Daniels
United States District Judge

This document was entered on the docket on
_____.

-2-